105 F.3d 649
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Jerome William STONE, Defendant-Appellant.
 No. 96-7161.
 United States Court of Appeals, Fourth Circuit.
 Submitted Nov. 26, 1996.
Decided Jan. 9, 1997.
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Chief District Judge. (CR-94-80, CA-96-336-R)
 Jerome William Stone, Appellant Pro Se.
 Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, VA, for Appellee.
 W.D.Va.
 AFFIRMED.
 Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying as premature his motion filed pursuant to 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub.L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. The district court's order is modified to reflect that Appellant's motion is denied without prejudice. See 28 U.S.C. § 2106 (1994). Accordingly, we grant a certificate of appealability and affirm on the reasoning of the district court, as modified. United States v. Stone, Nos. CR-94-80; CA-96-336-R (W.D.Va. June 14, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED AS MODIFIED